# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OMAR HABIT DUARTE-ARELLANO, A#087-749-327,<br><br>                                  Petitioner,<br><br>v.<br><br>IRA MEHLMAN, et al.,<br><br>                                  Respondents. | Case No.:  25cv2986-DMS (AHG)<br><br>**ORDER DISCHARGING ORDER TO SHOW CAUSE**<br><br>**[ECF No. 2]** |

On November 4, 2025, Petitioner Omar Habit Duarte-Arellano, an immigration detainee housed at ICE Holding Facility in San Diego, California, proceeding pro se, filed a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241, *see* ECF No. 1, but failed to satisfy the filing fee requirement by paying the $5.00 filing fee or moving to proceed in forma pauperis. *See* S.D. Cal. CivLR 3.2; *see also* R. 1(b), 3(a), Rules Governing Section 2254 Cases (2019).  On November 18, 2025, the Court issued an Order to Show Cause why the petition should not be dismissed for failure to satisfy the filing fee requirement, and instructed Petitioner that in order to avoid dismissal of his habeas case, he must either pay the $5.00 filing fee or submit adequate proof of his inability to pay the fee on or before January 16, 2026.  ECF No. 2.

On December 11, 2025, payment of the $5.00 filing fee was docketed, which reflects payment was made on November 4, 2025.  *See* ECF No. 5; *see also* ECF No. 6 (declaration

of Laurie Ann Duarte-Arellano re: filing fee).  Because the filing fee requirement has been satisfied, the Court **DISCHARGES** the Order to Show Cause.

**IT IS SO ORDERED.**

Dated:  December 15, 2025

_____

Hon. Dana M. Sabraw
United States District Judge

25cv2986-DMS (AHG)