**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

OMAR HABIT DUARTE-ARELLANO,

Petitioner,

v.

IRA MEHLMAN, Field Office Director, ICE; ALEJANDRO MAYORKAS, Secretary DHS; MERRICK GARLAND, Attorney General, U.S.,

Respondents.

Case No.: 25cv2986 DMS AHG

**ORDER DISMISSING PETITION AS MOOT**

On November 4, 2025, Petitioner, proceeding pro se, filed a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241. On November 18, 2025, the Court issued an order to show cause why the Petition should not be dismissed due to Petitioner's failure to pay the filing fee. On December 11, 2025, Petitioner's wife submitted a declaration and supporting evidence stating the filing fee was paid on November 4, 2025, in conjunction with the filing of the Petition. The Court then discharged the order to show cause. After that order was filed, Respondents filed a Notice of Execution of Removal Order indicating Petitioner was removed from the United States on October 30, 2025. In light of that Notice, the Court dismisses the Petition as moot.

**IT IS SO ORDERED.**

Dated: December 22, 2025

Hon. Dana M. Sabraw
United States District Judge