

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

Omar Habit Duarte-Arellano

**Plaintiff,**

**V.**

Ira Mehlman Field Office Director, ICE;
Alejandro Mayorkas Secretary, DHS;
Merrick Garland Attorney General, U.S.

**Defendant.**

**Civil Action No.** 25-cv-02986-DMS-AHG

**JUDGMENT IN A CIVIL CASE**

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

After that order was filed, Respondents filed a Notice of Execution of Removal Order indicating Petitioner was removed from the United States on October 30, 2025. In light of that Notice, the Court dismisses the Petition as moot.

**Date:** 12/22/25

**CLERK OF COURT**
**JOHN MORRILL, Clerk of Court**
By:  s/  D. Martinez

D. Martinez, Deputy